| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stout, Alan C. | U.S. Bankruptcy Court Western District of Kentucky | 10/23/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

601 W. Broadway
Suite 533
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Stout Development Inc. |
| 2. President/Director | Fohs Hall, Inc. |
| 3. Board of Trustees | Murray State University Foundation |
| 4. Board Member | Kentucky Conference of United Methodist Church; Board of Pensions |
| 5. President | 9307 Norton Commons Blvd. Condominium Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1986-2006 | Kentucky Employee Retirement Systems (KERS), No control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Kentucky Retirement Systems (Pension) | $53,142.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | 01/29/13-01/30-13 | WASHINGTON, D.C. | Attended Legislative Committee Meeting | Food, lodging and airfare |
| 2. | NABT | 02/21/13-02/23/13 | SCOTTSDALE, AZ | Attended and spoke at Conference | Food, lodging and airfare |
| 3. | NCBJ | 09/17/13-09/19/13 | WASHINGTON, D.C. | Attended Legislative Committee Meeting | Food, lodging and airfare |
| 4. | NCBJ | 10/29/13-11/02/13 | ATLANTA, GA | Attended Annual Meeting | Food, lodging and airfare |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers Bank & Trust (12/31/13) | Line of Credit secured by Commercial Real Estate Mortgage | K |
| 2. | Capital One | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EJ Joint Investment Acct. | | | | | | | | | |
| 2. a. American Balanced Fund CL A | E | Dividend | N | T | | | | | |
| 3. b. Amern High Income Trust CL A | E | Dividend | N | T | | | | | |
| 4. c. American Mutual Fund CL A | E | Dividend | N | T | | | | | |
| 5. d. Capital Income Builder Fund A | E | Dividend | N | T | | | | | |
| 6. e. Income Fund of America A | E | Dividend | N | T | | | | | |
| 7. f. Capital Income Builder (X) | E | Dividend | N | T | | | | | |
| 8. g. Capital World GRW - Mutual Fund | E | Dividend | N | T | Sold (part) | 11/13/13 | J | B | |
| 9. h Nuveen Ky Muni Bond - Mutual Fund | E | Dividend | N | T | Sold (part) | 11/13/13 | K | A | |
| 10. i Washington Mutual Invs - Mutual Fund | E | Dividend | N | T | Sold (part) | 11/13/13 | J | B | |
| 11. EJ IRA | | | | | | | | | |
| 12. a. Capital World GRW & Inc - Mutual Fund | E | Dividend | O | T | | | | | |
| 13. b. Income Fund of America - Mutual Fund | E | Dividend | O | T | | | | | |
| 14. c. Bond Fund of America - Mutual Fund | E | Dividend | O | T | | | | | |
| 15. d Capital Income Builder Fund - Mutual Fund | E | Dividend | O | T | | | | | |
| 16. e. Capital World GRW & Inc Fund - Mutual Fund | E | Dividend | O | T | | | | | |
| 17. f Growth Fund of America - Mutual Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. g. Investment Co of America - Mutual Fund | E | Dividend | O | T | | | | | |
| 19. h Fundamental Investors Fund (X) | E | Dividend | O | T | | | | | |
| 20. iAMCAP Fund Class A (X) | E | Dividend | O | T | | | | | |
| 21. EJ 529 College Savings Plans CAFAX (X) | A | Dividend | J | T | | | | | |
| 22. Am Ent & Life Ins | | | | | | | | | |
| 23. a. RiverSource ULI | | None | L | T | | | | | |
| 24. b. ATIAX | D | Dividend | N | T | | | | | |
| 25. c. FMFAX | D | Dividend | N | T | | | | | |
| 26. d. SGOVX (X) | D | Dividend | N | T | | | | | |
| 27. e. ODMAX | D | Dividend | N | T | | | | | |
| 28. f PBDAX (X) | D | Dividend | N | T | | | | | |
| 29. h. TPINX (X) | D | Dividend | N | T | | | | | |
| 30. i. TIP (X) | D | Dividend | N | T | | | | | |
| 31. j. IYR (X) | D | Dividend | N | T | | | | | |
| 32. k. DBC (X) | D | Dividend | N | T | | | | | |
| 33. l. PRF (X) | D | Dividend | N | T | | | | | |
| 34. LFCU - Savings Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Real Estate 1/2 Int.Marion, Crittenden Co., KY | | None | K | W | | | | | |
| 36. Real Estate 1/3 Int. - 7 Acres Graves Co. Mayfield, KY | | None | K | W | | | | | |
| 37. Farmers Bancorp (Stock) | E | Dividend | N | T | | | | | |
| 38. FBTC. (CD & Savings) | A | Interest | J | T | | | | | |
| 39. Condo Grand Rivers, Livingston Co. KY | D | Rent | M | W | | | | | |
| 40. Real Estate, Marion, Crittenden Co., KY | | None | M | W | | | | | |
| 41. Marriott Vacation Time Share | | None | K | W | | | | | |
| 42. Stout Development Inc. Stock | | None | L | W | | | | | |
| 43. Marion Baseball Club LLC | | None | J | W | | | | | |
| 44. Real Estate - Benton, Marshall Co., KY | | None | J | W | | | | | |
| 45. Real Estate, Marion, Crittenden Co., KY (subject to Life Est.) | | None | L | W | | | | | |
| 46. Marion Development Group Stock | B | Dividend | M | U | | | | | |
| 47. Marion Development Group (Note) | D | Interest | K | T | | | | | |
| 48. US SAVINGS BONDS (X) | A | Interest | J | W | | | | | |
| 49. Realty Income Corp.-stock | | | | | Sold | 04/12/12 | J | B | Market |
| 50. American Itl GRW-Mutual Fund | | | | | Sold | 07/26/12 | J | A | Market |
| 51. ARBFX (listed in line 31-2012 report as Arbitrage Funds) | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BHYAX (listed in line 32-2012 report as Blackrock Funds) | E | Dividend | N | T | | | | | |
| 53. CVSIX (listed in line 33-2012 report as Calamos Family of Funds) | E | Dividend | N | T | | | | | |
| 54. INUTX (listed in line 34-2012 report as Columbia Funds Group) | E | Dividend | N | T | | | | | |
| 55. GCMAX (listed in line 42- 2012 report as Goldman Sachs Asset Mgt) | E | Dividend | N | T | | | | | |
| 56. JDGAX (listed in line 43- 2012 report as Janus) | E | Dividend | N | T | | | | | |
| 57. JHAAX (listed in line 44-2012 report as John Hancock Funds) | E | Dividend | N | T | | | | | |
| 58. SBLTX (listed in line 45-2012 report as Legg Mason Funds) | E | Dividend | N | T | | | | | |
| 59. MEDAX (listed in line 46-2012 report as MFS Family of Funds) | E | Dividend | N | T | | | | | |
| 60. PEEAX (listed in line 48-2012 report as Prudential Jenn Mutual Fund) | E | Dividend | N | T | | | | | |
| 61. FMLSX (listed in line49- 2012 report as Wasatch Funds) | E | Dividend | N | T | | | | | |
| 62. EMGAX (listed in line 50-2012 report as Wells Fargo Advantage) | E | Dividend | N | T | | | | | |
| 63. Wells Fargo Advantage (WELLS INTL BOND) line 51 of 2012 report | E | Dividend | | | Sold | 05/16/12 | J | A | Market |
| 64. WMFAX (listed on line 52-2012 report as Well Fargo Adv.) | E | Dividend | N | T | | | | | |
| 65. Marion Development Group Stock (line 58 on 2012 report) | C | Dividend | M | U | | | | | |
| 66. Real Estate Jefferson Co. KY (line 78 of 2012 report) | | None | N | W | | | | | |
| 67. Edward Jones Simple IRA (line 75 of 2012 report) merged into line 11 | | | | | | | | | |
| 68. AMCAP Fund Class A (line 76 of 2012 report) merged into line 11 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fundamental Investors Fd (line 77 of 2012 report) merged into line 11 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This Amended Report is submitted in response to the items listed in the letter dated September 10, 2014. If this report is still not right I will obtain services of CPA to assist in preparation of the report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan C. Stout**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544